IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETTY WILLIAMS,

    Plaintiff,                                  No. CIV S-12-814 GEB CKD PS

    vs.

DANIEL HORTON, et al.,

    Defendant.                                **FINDINGS & RECOMMENDATIONS**

_____/

        By order filed April 6, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint. Although plaintiff filed some exhibits on April 24, 2012, the exhibits do not clarify the basis for federal subject matter jurisdiction.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  Dated: May 14, 2012

4  _____
5  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

6

7
   4
8  williams-horton.fta